UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 08/14/2020
```

JUAN MERCADO SANCHEZ and
ALEJANDRO SANCHEZ,

           Plaintiffs,

-against-

FIVE BROTHERS AUTO SPA AND
LUBE CORP. and HAK SAND MEIER,
as an individual,

           Defendants.

1:20-cv-01238-MKV

ORDER

MARY KAY VYSKOCIL, United States District Judge:

    Plaintiffs filed their complaint on February 12, 2020 [ECF 1]. Proof of service filed with the Court on February 25, 2020, reflects that Defendant Five Brothers Auto Spa and Lube Corp. was served with the complaint on February 19, 2020 [ECF 6]. Proof of service filed with the Court on February 25, 2020, reflects that Defendant Hak Sang Meier was served with the complaint on February 20, 2020 [ECF 7]. To date, neither Defendant has answered the complaint or otherwise appeared in this action.

    Accordingly, it is hereby ORDERED that any motion for entry of a default judgment is due on or before **August 31, 2020**. Plaintiff is directed to follow the procedures applicable to default judgments under the Court's Individual Rules and Practices for Civil Cases, available at the Court's website.

**SO ORDERED.**

**Date: August 14, 2020**
       **New York, NY**

*Mary Kay Vyskocil*
**MARY KAY VYSKOCIL**
**United States District Judge**