

# Helen F. Dalton and Associates, P.C.
## Attorneys at Law

80-02 Kew Gardens Road, Suite 601, Kew Gardens, NY 11415
T. 718.263.9591 ✦ F. 718.263.9598

August 31, 2020

**Via ECF**
The Honorable Judge Mary Kay Vyskocil
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 08/31/2020
```

Re: **Sanchez v. Five Brothers Auto Spa and Lube Corp. et al**
     20-cv-1238 (MKV)

Dear Judge Vyskocil:

We represent the Plaintiffs in the above-referenced matter and we submit this letter motion to advise the Court of the current status of the case and to respectfully request an extension of time to file a motion for default judgment. Recently, our office has been in contact with the individual Defendant, Hak Sang Meier, regarding this matter. During our recent conversations, Mr. Meier has informed us that he is currently undergoing treatment for stage four lung cancer.

Despite his health concerns, Mr. Meier has made a settlement offer and the parties are now negotiating to try to resolve this case. In an effort to hopefully avoid an unnecessary motion practice, Plaintiffs respectfully request an additional thirty days to file a Settlement Agreement for Court approval (as this matter involves claims asserted under the Fair Labor Standards Act) or to provide a further status update. The parties would like to avoid unnecessary litigation and motion practice with an early settlement.

We remain available to provide any additional information and thank Your Honor for her continued consideration on this matter.

Respectfully submitted,

_/s/ Roman Avshalumov_
Roman Avshalumov, Esq.

---

Plaintiff's request for an extension is hereby GRANTED. Plaintiff shall file a motion for default judgment or a settlement agreement on or before September 30, 2020. Plaintiff is reminded that failure to comply with the Court's Rules, absent good cause, may result in denial of requests or sanctions.
SO ORDERED.

Date: 08/31/2020
New York, New York

_Mary Kay Vyskocil_
Mary Kay Vyskocil
United States District Judge