# HELEN F. DALTON & ASSOCIATES, P.C.
## ATTORNEYS AT LAW

80-02 Kew Gardens Road, Suite 601, Kew Gardens, NY 11415
Tel. (718) 263-9591 Fax. (718) 263-9598

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/2/2021
```

February 2, 2021

**Via ECF**
The Honorable Judge Mary Kay Vyskocil
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: **Sanchez v. Five Brothers Auto Spa and Lube Corp. et al**
     **20-cv-1238 (MKV)**

Dear Judge Vyskocil:

    We represent the Plaintiffs in the above-referenced matter and we submit this letter motion jointly with Defendants to respectfully request an adjournment of the February 9, 2021 Initial Conference.

    The parties held a mediation yesterday, February 1, 2021. Although a settlement was not reached at that time, the parties and mediator agreed to hold a second session on February 15, 2021. Defendants have agreed to produce certain documents that may aid the parties in reaching a settlement at the upcoming second session.

    In light of the parties' ongoing negotiations and second mediation session on February 15, 2021, we respectfully ask for an adjournment of the Initial Conference so that the parties can continue to focus their efforts on potential resolution.

    This is the first request for an adjournment of the Initial Conference and this request will not affect any other dates or deadlines.

    We remain available to provide any additional information and thank Your Honor for her continued consideration on this matter.

Respectfully submitted,
_____/s/_____
James O'Donnell, Esq.

---

The Initial Pretrial Conference scheduled for February 9, 2021, at 11:30 AM is adjourned to March 5, 2021, at 12:00 PM.  The parties are reminded to file a joint status letter within five business days of the mediation scheduled for February 15, 2021 [*see* ECF No. 28].  SO ORDERED.

Date: 2/2/2021
New York, New York

*Mary Kay Vyskocil*
Mary Kay Vyskocil
United States District Judge