

HENRY L. KIM*
CELINA M. CHO**
JOSHUA S. LIM*
KENDAL SIM*
SEOKCHAN (SEAN) KWAK*
NICHOLAS J. DUBOIS*
SHAWN S. LEIGH***

\*   Admitted in NJ & NY
\*\*  Admitted in AZ only
\*\*\* Admitted in NJ, NY and TX

**KIM, CHO & LIM, LLC**
Attorneys at Law

NY Office:
164-01 Northern Boulevard
2nd Floor
Flushing, NY 11358
T: 718.539.7400
F: 917.463.1590

460 Bergen Boulevard, Suite 305, Palisades Park, NJ 07650
T: 201.585.7400   F: 201.585.7422

Reply to NJ Address only

February 18, 2021

| USDC SDNY |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #:_____ |
| DATE FILED: 2/22/2021 |

VIA ECF
Honorable Mary Kay Vyskocil
United States District Judge
Southern District of New York
500 Pearl Street, Chambers 2230
New York, New York 10007

RE:   JUAN MERCADO SANCHEZ and ALEJANDRO SANCHEZ v.
      FIVE BROTHERS AUTO SPA AND LUBE CORP. and HAK SANG MEIER
      INDEX NO.: 1:20-cv-01238-MKV
      REQUEST FOR EXTENSION AND ADJOURNMENT

Dear Judge Vyskocil:

As Your Honor is aware, this firm represents the Defendants in the above-referenced matter. We respectfully submit this letter, jointly and with consent from Plaintiffs' counsel, requesting an extension of the due date for the joint status letter concerning mediation and an adjournment of the initial pretrial conference set forth in Your Honor's February 2, 2021 Order. The conference is currently scheduled for March 5, 2021.

The parties were scheduled for the second session of mediation for February 15, 2021, anticipating that Defendants would prepare some documents for review by Plaintiffs and the mediator. However, the individual defendant and the principal of the corporate defendant, Mr. Meier, received the COVID-19 vaccination and suffered from severe side effects thereof. This was so because Mr. Meier is undergoing treatment for his stage 4 cancer and his immune system is substantially weakened. For this reason, he was unable to prepare those documents. The parties have rescheduled the second session of mediation for March 16, 2021 (see February 16, 2021 docket entry).

In view of the foregoing, the parties respectfully request that the due date for the joint status report referenced in Your Honor's February 2, 2021 Order (DE#33) be extended until March 21, 2021, five days after the currently scheduled mediation date. The parties also respectfully request that the initial pretrial conference be adjourned and rescheduled to late March or as soon thereafter as Your Honor may be available.

//

//

Thank you for your attention in this matter.

                                        Respectfully submitted,

                                        */s/ Seokchan Kwak*

                                        Seokchan Kwak

cc: Plaintiff's counsel.

---

GRANTED. IT IS HEREBY ORDERED that the parties shall submit the joint status letter regarding mediation on or before March 21, 2021. IT IS FURTHER ORDERED that the Initial Pretrial Conference scheduled for March 5, 2021, at 12:00 PM is adjourned to April 6, 2021, at 11:30 AM. The parties shall submit their joint letter and proposed case management plan and scheduling order on or before March 30, 2021. [*See* ECF No. 31.]

SO ORDERED.

Date: 2/22/2021
New York, New York

*(signature)* Mary Kay Vyskocil
United States District Judge