USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/3/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

JUAN MERCADO SANCHEZ and
ALEJANDRO SANCHEZ,

                        Plaintiffs,                    20-CV-01238 (VF)

       -against-                          **ORDER**

FIVE BROTHERS AUTO SPA AND
LUBE CORP. and HAK SAND MEIER,
as an individual,

                        Defendants.

-------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

      On April 18, 2022, this case was reassigned to me from United States Magistrate Judge Debra C. Freeman, to conduct all proceedings in accordance with 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73. The parties are ordered to file a joint status letter no later than **May 10, 2022**, providing the Court a brief statement of claims and defenses, whether the parties have had settlement talks or wish to schedule a settlement conference at this time, and the status of the Proposed Joint Pretrial Order, which was due by April 29, 2022.

**SO ORDERED.**

DATED:     New York, New York
              May 3, 2022

                                                              _____
                                                              VALERIE FIGUEREDO
                                                              United States Magistrate Judge