HENRY L. KIM*
CELINA M. CHO**
JOSHUA S. LIM*
KENDAL SIM*
SEOKCHAN (SEAN) KWAK*
NICHOLAS J. DUBOIS*
SHAWN S. LEIGH***



# KIM, CHO & LIM, LLC
## Attorneys at Law

NY Office:
164-01 Northern Boulevard
2nd Floor
Flushing, NY 11358
T: 718.539.7400
F: 917.463.1590

\*    Admitted in NJ & NY
\*\*   Admitted in AZ only
\*\*\*  Admitted in NJ, NY and TX

460 Bergen Boulevard, Suite 305, Palisades Park, NJ 07650
T: 201.585.7400   F: 201.585.7422

Reply to NJ Address only

May 16, 2022

Application Granted

Valerie Figueredo, U.S.M.J.
DATED:  5-17-2022

The case management conference is adjourned to
5/31/22 at 2pm.

VIA ECF
United States District Judge
Southern District of New York
Attn: Hon. Valerie Figueredo, U.S.M.J.
500 Pearl Street, Courtroom 17A
New York, New York 10007

RE:    **JUAN MERCADO SANCHEZ and ALEJANDRO SANCHEZ v.**
       **FIVE BROTHERS AUTO SPA AND LUBE CORP. and HAK SANG MEIER**
       **INDEX NO.: 1:20-cv-01238-MKV**
       **REQUEST FOR ADJOURNMENT**

Dear Judge Figueredo:

As Your Honor is aware, this firm represents the Defendants, Five Brothers Auto Spa and Lube Corp. and Hak Sang Meier in the above-referenced action. The undersigned writes with the consent of the counsel for Plaintiff to request an adjournment of the case management conference currently scheduled for May 24, 2022 at 2:00 p.m.

The undersigned has been scheduled for an arbitration hearing for May 24-25, 2022 prior to Your Honor's Order dated May 11, 2022, which set the scheduling for the case management conference. This office intended to request this adjournment immediately following the entry of the scheduling order, but was delayed in obtaining Plaintiff's counsel's consent.

The undersigned is scheduled for several depositions and hearings in the upcoming weeks and is <u>not</u> available on the following dates: May 23-27, June 1, 2, 9, 10, and 20. Plaintiff counsel only requests that the conference <u>not</u> be scheduled for Memorial Day, May 30, 2022.

For the foregoing reasons, we respectfully request that the Court reschedule the case management conference to a date not in conflict with the dates noted above.

We thank the Court for its time and attention in this matter.

Respectfully submitted,

/s/ Sean S. Kwak

Sean S. Kwak

Cc: Plaintiff's counsel