UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

JUAN MERCADO SANCHEZ and
ALEJANDRO SANCHEZ,

                              **Plaintiffs,**                      20-CV-01238 (VF)

        **-against-**                                             **ORDER**

FIVE BROTHERS AUTO SPA AND
LUBE CORP. and HAK SAND MEIER,
as an individual,

                              **Defendants.**

------------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

      The parties are ordered to file a joint status letter no later than **June 30, 2022**, providing the Court with an update on settlement discussions.

**SO ORDERED.**

DATED:      New York, New York
                  May 31, 2022

                                                                        VALERIE FIGUEREDO
                                                                       United States Magistrate Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/31/2022