UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------X
JUAN MERCADO SANCHEZ, and ALEJANDRO
SANCHEZ, individually and on behalf of all others
similarly situated,

                           Plaintiffs,

        -against-

FIVE BROTHERS AUTO SPA AND LUBE CORP.,
and HAK SAN MEIER, as an individual,

                           Defendants.
---------------------------------------------------------------------X

Civil Docket No.:
20-cv-01238 (VF)

**PROPOSED
JUDGMENT**

     **WHEREAS**, JUAN MERCADO SANCHEZ and ALEJANDRO SANCHEZ, individually and on behalf of all others similarly situated ("Plaintiffs") commenced this collective action against FIVE BROTHERS AUTO SPA AND LUBE CORP., and HAK SAN MEIER, as an individual ("Defendants") on February 12, 2020; and

     **WHEREAS**, the Defendants, by and through their counsel, served an Offer Of Judgment dated June 20, 2022, pursuant to Rule 68 of the Federal Rules of Civil Procedure ("FRCP") for the sum of Seventy-Five Thousand Dollars ($75,000.00), including reasonable attorneys' fees, expenses, and costs to the date of this offer to which Plaintiffs may be entitled, for the claims alleged in this action;

     **WHEREAS**, on June 28, 2022, Plaintiffs filed their Notice Of Acceptance Of Offer Of Judgment Pursuant To Fed. R. Civ. P. 68, accepting Defendants' Offer Of Judgment dated June 20, 2022, and allowing Plaintiffs to take Judgment against the Defendants, jointly and severally, in the amount of Seventy-Five Thousand Dollars ($75,000.00), including reasonable

attorneys' fees, expenses, and costs to the date of this offer to which Plaintiffs may be entitled, for the claims alleged in this action;

Accordingly, it is hereby:

**ORDERED, ADJUDGED AND DECREED**: That Plaintiffs Juan Mercado Sanchez and Alejandro Sanchez, have judgment against FIVE BROTHERS AUTO SPA AND LUBE CORP., and HAK SAN MEIER, as an individual, jointly and severally, in the amount of Seventy-Five Thousand Dollars **($75,000.00**) plus statutory post-judgment interest accruing pursuant to 28 U.S.C. § 1961 from the date of entry of judgment until judgment is paid in full.

Dated:    September 13, 2022
          New York

_____
United States Magistrate Judge Valerie Figueredo

The Clerk of Court is respectfully directed to enter the proposed judgment at ECF No. 71 and to close the case.